```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LESHAWN YOUNG,

                Plaintiff,

   - against -

TRUELI LLC,

                Defendant.

25-cv-994 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **May 6, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
            February 6, 2025

                                                      John G. Koeltl
                                        United States District Judge